**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Victor M. Masella                    :          Chapter 7
    Stacey A. Masella                   :
                                      :
        Debtors.                       :          Bankruptcy No. 14-12381

**CERTIFICATION OF NO OBJECTION REGARDING DEBTOR'S**
**MOTION TO REDEEM PERSONAL PROPERTY**

The undersigned hereby certifies that, as of July 7, 2014, he has received no answer, objection or other responsive pleading to the Debtor's Motion to Redeem Personal Property, docket no. 86, filed on June 9, 2014. The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Debtor's Motion to Redeem Personal Property appears thereon.  Pursuant to Notice of Motion, Response Deadline and Hearing Date, objections to the Debtor's Motion to Redeem Personal Property were to be filed and served no later than July 7, 2014.

It is hereby respectfully requested that the Order attached to the Debtor's Motion to Redeem Personal Property be entered at the earliest convenience of the Court.

                                          Respectfully submitted:

                                          **DUNNE LAW OFFICES, P.C.**

Dated:  July 7, 2014                 BY:  /s/ *Stephen M. Dunne* _____
                                          **STEPHEN M. DUNNE**

                                          Attorney for Debtor
                                          1515 Market Street, Suite. 1200
                                          Philadelphia, PA  19102
                                          (215) 551-7109 Phone
                                          (215) 525-9721 Fax