IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Victor M. Masella | : | Chapter 7 |
| Stacey A. Masella | : | |
| | : | |
| Debtors. | : | Bankruptcy No. 14-12381 *(F)* |

## ORDER GRANTING DEBTOR'S MOTION TO REDEEM PROPERTY AND DETERMINING AMOUNT OF SECURED CLAIM UNDER 11 U.S.C. 722

AND NOW, this ___ day of _____, 2014, upon consideration of Debtor's Motion to Redeem Personal Property, it is hereby ORDERED that Debtor's Motion is **GRANTED** and property is redeemed upon payment of $0.00. *per 11 U.S.C. 722.*

*Order entered by default*

BY THE COURT:

/s/ Fox 7/9/14
_____
Bruce I. Fox, Bankruptcy Judge